1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Innovative Sports Management, Inc.
7  d/b/a Integrated Sports Media

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Gabriel Lawrence Owens, et al,<br><br>Defendants. | CASE NO. 2:20-cv-00932-MCE-JDP<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GABRIEL LAWRENCE OWENS, KYLE ADAM, ERIC ARRIETA, ROBERT BAKER, TONY BAKER, DAVID OSBORN, ADAM OWENS, THEO TZIKAS, SHEADON WOOD, and TYLER WYNNE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA and Defendants GABRIEL LAWRENCE OWENS, KYLE ADAM, ERIC ARRIETA, ROBERT BAKER, TONY BAKER, DAVID OSBORN, ADAM OWENS, THEO TZIKAS, SHEADON WOOD, and TYLER WYNNE (collectively, the "Parties"), that the above-entitled action is hereby **DISMISSED with prejudice** against GABRIEL LAWRENCE OWENS, KYLE ADAM, ERIC ARRIETA, ROBERT BAKER, TONY BAKER, DAVID OSBORN, ADAM OWENS, THEO TZIKAS, SHEADON WOOD, and TYLER WYNNE.

///

///

///

**ORDER GRANTING STIPULATION OF DISMISSAL**

**1**

This dismissal made pursuant to Federal Rules of Civil Procedure 41(a)(1) is **HEREBY GRANTED**.  The Parties shall bear their own attorneys' fees and costs.

The Clerk of the Court is hereby ORDERED to close the case.

IT IS SO ORDERED.

Dated:  September 3, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING STIPULATION OF DISMISSAL**

2